The Buffalo Gas Company, Appellant, v. Edward G. Volz and Others, Individually and as Members of the Board of Assessors of the City of Buffalo, Respondents.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. The Buffalo Gas Company, Appellant, v. Edward G. Volz and Others, Assessors of the City of Buffalo and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The W. P. Davis Machine Company, Respondent, v. Harry Robinson, Individually, and Charles Sampson, as President of Rochester City Lodge No. 93, of the International Association of Machinists, Appellants. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Harry Hempstock, Respondent, v. The Lackawanna Iron and Steel Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Probate of the Last Will and Testament of Caroline Sullestad, Deceased. Nicolene Gordon Appellant; Charles Lind and Others Respondents.— Decree of Surrogate's Court reversed on the facts, with costs to appellant to abide event of the new trial herein, and the following questions of fact are ordered to be tried by a jury at a Trial Term of the Supreme Court to be held in and for the county of Monroe in the month of January, 1906, viz.: 1. Was the deceased at the time said instrument purports to have been executed, to wit, the 2d day of June, 1903, possessed of sufficient testamentary capacity to make a valid last will and testament? 2. Was the execution of said